■ CAROLYN H. ROWE et al., Appellants, v UNITEX TEXTILE RENTAL SERVICES et al., Respondents. [816 NYS2d 683]—Appeal from order, Supreme Court, Bronx County (Mary Ann Brigantti-Hughes, J.), entered May 6, 2005, unanimously discontinued in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Friedman, Nardelli and Malone, JJ.